s/ William J. Martini