```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY


------------------------------X
VERONICA WILLIAMSON,

                                          Civil No. 05-4008WJM
            Plaintiff,
v.
                                          ORDER OF DISMISSAL
NEWARK PUBLIC SCHOOLS, MARION
A. BOLDEN, et al

            Defendants.
------------------------------X
```

The parties having notified the Court that the above captioned matter has been settled,

It is on this 25th day of July, 2008

ORDERED that the above matter is dismissed.


                              s/William J. Martini

                              _____

                              WILLIAM J. MARTINI, U.S.D.J.